IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSE AMAYA POSADA,                          )
                                            )
                    Petitioner,             )
                                            )
        vs.                                 )    Civil Action No. 3:25-cv-483
                                            )    Judge Stephanie L. Haines
LEONARD ODDO, *Warden, Moshannon*           )    Magistrate Judge Peter E. Ormsby
*Valley Processing Center, et al.,*         )
                                            )
                    Respondents.            )

## MEMORANDUM ORDER

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Jose Amaya Posada ("Petitioner") (ECF No. 1).  Petitioner is detained by Immigration and Customs Enforcement ("ICE") and challenges the constitutionality of his prolonged detention.  Petitioner has been in custody since November 5, 2025, and states that he is entitled to a bond hearing under 8 U.S.C. § 1226(a).  This matter was referred to Magistrate Judge Peter E. Ormsby for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On June 4, 2026, Magistrate Judge Ormsby filed a Report and Recommendation (ECF No. 17) recommending that the Petition (ECF No. 1) be granted to the extent Petitioner requests an individualized bond hearing before a neutral immigration judge pursuant to 8 U.S.C. § 1226 and denied to the extent that it seeks other relief.  ECF No. 17, pp. 3-4.  The Parties were advised they could file objections to the Report and Recommendation within fourteen days.  *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2.  No objections were filed and the time to do so has expired.

1

Upon review of the record and the Report and Recommendation (ECF No. 17) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Ormsby in this matter. Judge Ormsby correctly found that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a), as Petitioner has lived in the United States for over 20 years and, thus, is not properly considered detained under 8 U.S.C. § 1225(b). *See Calzado Diaz v. Noem*, No. 3:25-cv-458, 2025 WL 3628480 (W.D. Pa. Dec. 15, 2025), *vacated as moot*, ECF No. 22 (Dec. 17, 2025) ("[T]he Court stresses that the general legal conclusions in the Court's Opinion at ECF No. 16 regarding the application of §§ 1225 and 1226 remain unchanged by this Memorandum Order.")

Accordingly, the following order is entered:

## ORDER

AND NOW, this 22nd day of June, 2026, IT IS ORDERED that the petition for a writ of habeas corpus (ECF No. 1) hereby is GRANTED. Respondents are directed to provide Petitioner with the statutory process required under 8 U.S.C. § 1226(a), which includes a bond hearing before a neutral immigration judge within seven (7) days of this Order; and,

IT IS FURTHER ORDERED that the bond hearing shall include an individualized determination of whether Petitioner poses a danger to the community or a flight risk under the ordinary § 1226(a) framework. The immigration judge shall state the reasons for the custody determination orally on the record or in writing. If bond is denied, the immigration judge shall identify the principal facts and evidence relied upon in determining that Petitioner poses a danger

to the community, a flight risk, or both. Nothing in this Order requires the immigration judge to reach any particular custody determination; and,

IT IS FURTHER ORDERED that if Petitioner is not provided with a bond hearing by the timeframe specified, or if the immigration judge declines to conduct a bond hearing based on *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025) or related grounds that this Court has rejected, the writ shall issue and Respondents shall immediately release Petitioner from custody; and,

IT IS FURTHER ORDERED that Respondents shall provide notice to the Court of the outcome of the individualized bond hearing within seven (7) days of the date of the immigration judge's decision; and,

IT IS FURTHER ORDERED that Magistrate Judge Ormsby's Report and Recommendation (ECF No. 17) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Motion for Preliminary Injunction (ECF No. 11) is denied as moot; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge